IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER HARRIS, | ) | |
| | ) | Case No. 13 C 05089 |
| **PRO SE** | ) | |
| Plaintiff, | ) | JUDGE ROBERT M. DOW, JR. |
| | ) | Jury demand |
| vs. | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| OFFICER ACEVEDO, Star #7792 | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT OFFICER ACEVEDO'S ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES, AND JURY DEMAND

Defendant Officer Aaron Acevedo, by his attorneys, answers Plaintiff's Complaint as follows:

On May 3, 2013 around 3:35 p.m. I, Walter Harris crossed the street between Florenal and Harrison.

**Answer: Denied.**

When a blue and white police car came on the sidewalk and hit me.

**Answer: Denied.**

As I was laying on the ground Officer Acevedo #7792 came around the other side of the car with another officer.

**Answer: Denied.**

They both started kicking and stomping on me until other citizens started screaming, Stop that.

**Answer: Denied.**

Then I was handcuffed and taken to the station.

**Answer: Officer Acevedo admits that Plaintiff was handcuffed and taken to the station, but**

**denies the preceding events as described in this Complaint.**

The next day I was taken to St. Anthony Hospital witch was on May 4, 2013, and they never x-rayed me at all. I taking back to the station on May 5, 2013.

**Answer: Officer Acevedo lacks knowledge or information sufficient to for a belief as to the truth of the allegations in this Paragraph.**

I was taken to the Cook County Jail and I was seen by a doctor and when he seen my arm, he said this must be x-rayed so he ordered one. And once he saw the x-rays it was the 8th of May he said we must send you out to Stroger Hospital. And when I saw the doctor at Stroger he saw the X-rays and said it is broken pretty bad. I'm putting you in to see the specialist for that left arm. That's pain on pain.

**Answer: Officer Acevedo lacks knowledge or information sufficient to for a belief as to the truth of the allegations in this Paragraph.**

I am requesting that the Court help me with my hospital bill and the pain and suffering that I've endured. I feel that damages in the amount of $300,000 is for me.

**Answer: Officer Acevedo denies that Plaintiff is entitled to damages.**

WHEREFORE, Defendants requests that judgment be entered in his favor including for costs of defending this suit and any other relief this Honorable Court deems just and proper.

### AFFIRMATIVE DEFENSES

1. Defendant is entitled to qualified immunity. Defendant is a government officiasl, namely a police officer, who performed discretionary functions. At all times material to the events alleged in Plaintiff's Complaint, a reasonable police officer objectively viewing the facts and circumstances that confronted Defendant could have believed their actions to be lawful, in light of clearly established law and the information that he possessed.

2. To the extent Plaintiff failed to mitigate any of his claimed injuries or damages,

any verdict or judgment obtained by Plaintiff must be reduced by application of the principle that Plaintiff has a duty to mitigate his damages, commensurate with the degree of failure to mitigate attributed to Plaintiff by a jury in this cases.

## **JURY DEMAND**

Defendant demands trial by jury.

Dated: October 29, 2013                     Respectfully submitted,

/s/ Daniel Nixa
Daniel Nixa
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 900
Chicago, Illinois 60602
(312) 744-5890
(312) 744-6566 (FAX)
Attorney No. 6300430

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER HARRIS, | ) | |
| | ) | Case No. 13 C 05089 |
| **PRO SE** | ) | |
| Plaintiff, | ) | JUDGE ROBERT M. DOW, JR. |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| OFFICER ACEVEDO, Star #7792 | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO: Walter Harris
ID#20130505049
Cook County Jail - P.O. Box 089002
2600 S. California
Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on this 29 day of October 2013, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **OFFICER ACEVEDO'S ANSWER TO PLAINTIFF'S COMPLAINT**, **JURY DEMAND, AND AFFIRMATIVE** DEFENSES a copy of which is herewith served upon you.

## CERTIFICATE OF SERVICE

I hereby certify that I have served this notice and the attached document by causing it to be delivered by electronic means to the person named above at the address shown this 29 day of October 2013.

*/s/ Daniel Nixa*
Daniel Nixa
Assistant Corporation Counsel